IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO CARRILLO, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 2:18-cv-3095-SJF-SIL<br><br>ECF Case<br><br>Judge Sandra J. Feuerstein<br>Magistrate Judge Steven I. Locke |

## **DECLARATION OF DEBRA BOGO-ERNST**

I, Debra Bogo-Ernst, declare under 28 U.S.C. 1746, as follows:

1. I am a member in good standing of the Illinois State Bar and a partner with the law firm Mayer Brown LLP. I have been admitted to appear before this Court *pro hac vice* to represent Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this action. I make this declaration on my own personal knowledge and if called to testify as to the truth of the matters herein, I could and would do so competently.

2. Plaintiff's Amended Complaint incorporates by reference the parties' Note. *See* Amd. Compl. ¶¶ 28, 33; *id*. Ex. B at 11.

3. Attached hereto as Exhibit A is a true and correct copy of the parties' Note, dated June 15, 2017. Certain Non-Public Personal Information ("NPPI") relating to Plaintiff has been redacted from the Note prior to its filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

Executed this 7th day of June 2019.

By:    */s/ Debra Bogo-Ernst*
       Debra Bogo-Ernst