Beth E. Terrell
bterrell@terrellmarshall.com

Our File No. 2195-001.C

August 27, 2019

**Via CM/ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Alejandro Carrillo v. Wells Fargo Bank, N.A.*
<u>USDC Eastern District of New York – Case No. 2:18-cv-03095-SJF-SIL</u>

Your Honor:

    My office is co-counsel for Plaintiff in the above-referenced putative class action. We write to propose a date for a scheduling conference in this matter pursuant to this Court's order staying discovery pending Defendant's motion to dismiss. Dkt. No. 45.

    On February 20, 2019, this Court entered an order staying discovery pending Defendant's motion to dismiss and providing that once the motion to dismiss is decided, the parties should meet and confer and submit mutually agreeable dates for a scheduling conference. *Id*. On August 20, Judge Feuerstein entered an order adopting this Court's Report and Recommendation and denying Defendant's motion to dismiss. Dkt. No. 53. A status conference before Judge Feuerstein is scheduled on September 12, 2019. Counsel for both parties plan to travel to New York from out of state and will appear in person before Judge Feuerstein.

    Given that counsel for both parties will be in New York on September 12, 2019, both parties are available for a scheduling conference with this Court in New York the following day, on September 13, 2019 before 11 a.m. Accordingly, the parties respectfully propose that the scheduling conference be held the morning of September 13, 2019 before 11 a.m. Should that

proposal not work for the Court, we would respectfully request that the Court provide us with some alternative dates from which to choose in consultation with counsel for Defendant.

Respectfully submitted,

TERRELL MARSHALL LAW GROUP PLLC

Beth E. Terrell

BET:bg

cc:   All counsel of record