IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO CARRILLO, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                  Defendant. | Case No. 2:18-cv-03095-PKC-JMW<br><br>ECF Case<br><br>Judge Pamela K. Chen<br>Magistrate Judge James M. Wicks<br><br>**JURY DEMANDED HEREON** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff will move this Court at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, Courtroom 820, on August 19, 2021, at 9:30 a.m. for an order granting Plaintiff's Motion for Final Approval of Class Action Settlement. Plaintiff has filed a Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement.

RESPECTFULLY SUBMITTED AND DATED this 5th day of August, 2021.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/Beth E. Terrell, *Admitted Pro Hac Vice*
            Beth E. Terrell, *Admitted Pro Hac Vice*
            Email: bterrell@terrellmarshall.com
            Adrienne D. McEntee, *Admitted Pro Hac Vice*
            Email: amcentee@terrellmarshall.com
            Ari Y. Brown, *Admitted Pro Hac Vice*
            Email: abrown@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

        Daniel A. Schlanger (4431920)
        Email: dschlanger@consumerprotection.net
        SCHLANGER LAW GROUP LLP
        80 Broad Street, Suite 1301
        New York, New York 10004
        Telephone: (212) 500-6114
        Facsimile: (212) 612-7996

*Class Counsel*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jennifer M. Rosa
> Email: jrosa@mayerbrown.com
> Robert W. Hamburg
> Email: rhamburg@mayerbrown.com
> Niketa K. Patel
> Email: npatel@mayerbrown.com
> MAYER BROWN LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 506-2500
> Facsimile: (212) 262-1910
>
> Debra Lee Bogo-Ernst, *Admitted Pro Hac Vice*
> Email: dernst@mayerbrown.com
> Lucia Nale, *Admitted Pro Hac Vice*
> Email: lnale@mayerbrown.com
> Jed W. Glickstein, *Admitted Pro Hac Vice*
> Email: jglickstein@mayerbrown.com
> Lucy L. Holifield, *Admitted Pro Hac Vice*
> Email: lholifield@mayerbrown.com
> Michael Bornhorst, *Admitted Pro Hac Vice*
> Email: mbornhorst@mayerbrown.com
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 782-0600
> Facsimile: (312) 701-7711
>
> *Attorneys for Defendant*

DATED this 5th day of August, 2021.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Beth E. Terrell
            Beth E. Terrell, *Admitted Pro Hac Vice*
            Email: bterrell@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

        *Class Counsel*